UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEREK M. WARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:20-cv-105

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 14, 2022, recommending that this Court reverse the decision of the Administrative Law Judge (ALJ) and remand this matter for further proceedings.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the ALJ is REVERSED.  This matter is REMANDED for further proceedings.

A Judgment will be entered consistent with this Order.

Dated:  March 1, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge