UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEREK M. WARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:20-cv-105

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  March 1, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge