UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEREK M. WARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:20-cv-105

HONORABLE PAUL L. MALONEY

## ORDER ADPOTING REPORT AND RECOMMENDATION

Plaintiff has filed a motion for attorney fees under the Equal Access to Justice Act (EAJA) (ECF No. 24).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 23, 2023, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court, and the motion for attorney fees under the EAJA (ECF No. 24) is DENIED.

Dated:  February 7, 2023

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge